NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen M. Rinka (SBN 219626)
THE RINKA LAW FIRM
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Ph.: 310-556-9653
Fax: 310-579-8768

ATTORNEY(S) FOR: Coastline Recovery Services, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KERRY KILE; | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 15-CV-05905-MWF-GJSx |
| v. | |
| PAR, INC. dba PAR NORTH AMERICA, ET AL. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Coastline Recovery Services, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Coastline Recovery Services, Inc. | Defendant |
| Scott Fornaro | Officer of Coastline Reocvery Services, Inc. |

February 26, 2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Coastline Recovery Services, Inc.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and no a party to the within action. My business address is 1801 Century Park East, Suite 2400, Los Angeles, CA 90067.

On February 26, 2016, I served the foregoing documents entitled **DEFENDANT COASTLINE RECOVERY SERVICES, INC.'S ANSWER TO COMPLAINT; NOTICE OF INTERESTED PARTIES** on all interested parties in this action addressed and sent as follows:

Alexander B. Trueblood
TRUEBLOOD LAW FIRM
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Ph.: 310-443-4139
Fax: 310-943-2255
Email: alec@hush.com; atrueblood@pacerntoice.com

David M. Lester
Donald E. Bradley
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Ph.: 714-668-2400
Fax: 714-668-2490
Email: d.lester@mpglaw.com
        d.bradley@mpglaw.com

Said document was electronically filed with the United States District Court, Central District of California, using the *CM/ECF* system. The Court's CM/ECF system will send an email notification of the foregoing filing to the parties and counsel of record who are registered with the Court's *CM/ECF* system in this matter.

☐   **(State)**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2016, at Los Angeles, California.

/s/ Stephen M. Rinka

Stephen M. Rinka