STEPHEN M. RINKA (SBN 219626)
**THE RINKA LAW FIRM**
433 N. Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone: (310) 556-9653
Facsimile: (310) 579-8768
Email: Stephen.rinka@gmail.com

Attorneys for Defendant
COASTLINE RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KERRY KILE;<br><br>    Plaintiff,<br><br>vs.<br><br>PAR, INC. dba PAR NORTH AMERICA, COASTLINE RECOVERY SERVICES, INC., and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No. 2:15–CV–05905–MWF-FFM<br><br>Hon. Michael W. Fitzgerald<br><br>**NOTICE OF ERRATA RE: DEFENDANT COASTLINE RECOVERY SERVICES, INC.'S NOTICE OF JOINDER IN MOTION TO COMPEL ARBITRATION AND STAY ACTION**<br><br>Date:         March 6, 2017<br>Time:        10:00 a.m.<br>Courtroom:  5A<br><br>Trial Date:    September 26, 2017<br>Action Filed: August 5, 2015 |

TO ALL PARTIES AND TO THEIR ATTORNEYS O RECORD:

PLEASE TAKE NOTICE that Defendant Coastline Recovery Services, Inc. ("Coastline") submits the following Notice of Errata regarding Coastline's Notice of Joinder In Motion to Compel Arbitration and Stay Action, which was filed in the United States District Court, Central District of California on February 3, 2017.

  Due to an inadvertent error, Coastline put the incorrect hearing date for its Notice of Joinder. The correct hearing date for PAR Inc. dba PAR North's Motion to Compel Arbitration and Stay Action and Defendant Coastline's Joinder is March 6, 2017.

Dated: February 6, 2017    THE RINKA LAW FIRM

             By:  /s/ Stephen M. Rinka
                Stephen M. Rinka
                Attorneys for Defendant,
                COASTLINE RECOVERY
                SERVICES, INC.

The Rinka Law Firm
433 N. Camden Drive, Suite 600
Beverly Hills, California 90210

NOTICE OF ERRATA RE: DEFENDANT COASTLINE
RECOVERY SERVICES, INC.'S NOTICE OF JOINDER IN
MOTION TO COMPEL ARBITRATION AND STAY ACTION
CASE NO.: 15-CV-05905-MWF-FFM

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and no a party to the within action. My business address is 433 N. Camden Drive, Suite 600, Beverly Hills, CA 90210.

     On February 6, 2017, I served the foregoing documents entitled **NOTICE OF ERRATA RE: DEFENDANT COASTLINE RECOVERY SERVICES, INC.'S NOTICE OF JOINDER IN MOTION TO COMPEL ARBITRATION AND STAY ACTION** on all interested parties in this action addressed and sent as follows:

Alexander B. Trueblood
TRUEBLOOD LAW FIRM
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Ph.: 310-443-4139
Fax: 310-943-2255
Email: alec@hush.com; atrueblood@pacerntoice.com

Blaine C. Kimrey
Jeanah Park
VEDDER PRICE
222 North LaSalle street
Chicago, IL 60601
Ph.: 312-609-7500
Fax: 312-609-500
Email: bkimrey@vedderprice.com
        jpark@vedderprice.com

Christopher R. Ramos
VEDDER PRICE
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Ph.: 424-204-7700
Fax: 424-204-7702
Email: cramos@vedderprice.com

1 |       Said document was electronically filed with the United States District Court, Central District of California, using the *CM/ECF* system. The Court's *CM/ECF* system will send an email notification of the foregoing filing to the parties and counsel of record who are registered with the Court's *CM/ECF* system in this matter.

☐ **(State):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2017, at Beverly Hills, California.

/s/ Stephen M. Rinka
Stephen M. Rinka