TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

Attorneys for Plaintiff
KERRY KILE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY KILE, | Case No.: 15-CV-05905-MWF-GJSx |
| Plaintiff, | **APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| PAR, INC. dba PAR NORTH AMERICA, COASTLINE RECOVERY SERVICES, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the Court's Protective Order (Dkt. No. 27) and Local Rule 79-5.2.2(b), plaintiff Kerry Kile hereby seeks leave of this Court to file under seal the following documents to be submitted in opposition to defendant PAR, Inc.'s motion to compel arbitration (Dkt No. 41).

    1. Forwarding Vendor Services Agreement between Santander Consumer USA, Inc. and PAR, Inc.

    2. Independent Contractor Agreement between PAR, Inc. and Coastline Recovery Services, Inc.

The entirety of these documents has been designated as "Confidential" by the defendants, and therefore they are not attached to this application.

Plaintiff makes this Application because PAR has designated the documents "CONFIDENTIAL" pursuant to the Protective Order (Dkt. No. 27), and the Protective Order provides that a party seeking to file any material marked as such must follow Local Rule 79-5.

As demonstrated in the Declaration of Alexander Trueblood, filed under seal concurrently with this application, plaintiff's counsel timely made efforts with defense counsel to eliminate or minimize the need for filing these documents under seal.

Dated: March 1, 2017

Respectfully Submitted,

TRUEBLOOD LAW FIRM

By:     /s/
    Alexander B. Trueblood

Attorneys for Plaintiff
KERRY KILE

1