UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-5905-MWF(FFMx)**                           Dated: **May 17, 2017**

Title:      Kerry Kile -v- Par, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

　　　Rita Sanchez                                  None Present
　　　Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

　　　None Present                                  None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

　　　In light of the Notice of Settlement filed May 15, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 26, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

　　　IT IS SO ORDERED.

MINUTES FORM 90                                  Initials of Deputy Clerk ___rs___
CIVIL - GEN

-1-